# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                       **CASE NO. 6:23-cr-10123-EFM**

DAVID M. FOLLETT,

        Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### DISTRIBUTION OF CHILD PORNOGRAPHY
### [18 U.S.C. § 2252A(a)(2)]

On or about July 11, 2021, in the District of Kansas, the defendant,

**DAVID M. FOLLETT,**

knowingly distributed child pornography, as defined in Title 18, United States Code,

Section 2256(8)(A), using any means and facility of interstate or foreign commerce, and

did so in and affecting interstate and foreign commerce by any means including by

computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 2

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)]**

On or about August 22, 2021, in the District of Kansas, the defendant,

## DAVID M. FOLLETT,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 3

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)]**

On or about September 17, 2021, in the District of Kansas, the defendant,

## DAVID M. FOLLETT,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 4

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)]**

On or about December 12, 2022, in the District of Kansas, the defendant,

**DAVID M. FOLLETT,**

knowingly distributed child pornography, as defined in Title 18, United States Code,

Section 2256(8)(A), using any means and facility of interstate or foreign commerce, and

did so in and affecting interstate and foreign commerce by any means including by

computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 5

**POSSESSION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(5)(B)]**

On or about October 27, 2023, in the District of Kansas, the defendant,

**DAVID M. FOLLETT,**

knowingly possessed and accessed with intent to view any computer disk and other

material which contained an image of child pornography, as defined in Title 18, United

States Code, Section 2256(8)(A), that had been mailed, shipped and transported in

interstate and foreign commerce by any means, including by computer, and that was

produced using materials that have been mailed, shipped, and transported in interstate and

foreign commerce by any means, including by computer, and such child pornography

involved a prepubescent minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

3

## **FORFEITURE NOTICE**

1.     The allegations contained in Counts 1-5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a).

2.     Upon conviction of one or more of the offenses set forth in Counts 1-5, the defendant **DAVID M. FOLLETT** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

A.     XOTICPC laptop;

All pursuant to Title 18, United States Code, Section 2253(a).


A TRUE BILL.


November 28, 2023           s/Foreperson
DATE                        FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Jason W. Hart
JASON W. HART
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: jason.hart2@usdoj.gov
Ks. S. Ct. No. 20276

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

**PENALTIES**

## Counts 1-4: Distribution of Child Pornography

- Punishable by a term of imprisonment of not less than five (5) years but not more than twenty (20) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, the term of imprisonment shall be for not less than fifteen (15) years nor more than forty (40) years.

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. § 3014(a)(3).

- An additional assessment of not more than $35,000.00. 18 U.S.C. § 2259A(a)(2).

- Forfeiture.

## Count 5: Possession of Child Pornography

- Punishable by a term of imprisonment of not more than twenty years (20) years. If such person has a prior conviction under chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than ten (10) years nor more than twenty (20) years**.** 18 U.S.C. § 2252A(b)(2).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.00. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. § 3014(a)(3).

- An assessment of not more than $17,000.00. 18 U.S.C. § 2259A(a)(1).

- Forfeiture.