AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| United States of America | ) |
|---|---|
| v. | ) |
| DAVID M. FOLLETT, | ) Case No. 6:23-cr-10123-EFM |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  DAVID M. FOLLETT,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

DISTRIBUTION OF CHILD PORNOGRAPHY.  See attached indictment for additional charges.

Date: 11/28/2023

s/ J. Lolley, Deputy Clerk
*Issuing officer's signature*

City and state:  Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 11/28/2023, and the person was arrested on *(date)* 12/1/2023
at *(city and state)* Wichita, KS.

Date: 12/1/2023

KYLE PERRY
Digitally signed by KYLE PERRY
Date: 2023.12.01 10:15:36 -06'00'
*Arresting officer's signature*

Kyle Perry - DUSM
*Printed name and title*