COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 12/6/23

**FILED**
U.S. District Court
District of Kansas
DEC 6 2023
Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,
  Plaintiff,
v.
David M. Follett,
  Defendant.

Case No. 23-10123-01-EFM

JUDGE: ☒ Birzer ☐ Severson
DEPUTY CLERK: ☒ Anderson ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
              ☐ Ping ☐ Rivera ☐ Vilaythong
              ☐ Sworn

AUSA: Jason Hart
DEFENSE COUNSEL: Paul McCauslaud
TAPE NO.: 3:29 - 4:25

**PROCEEDINGS**

☐ Initial Appearance         ☒ Detention Hearing          ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)       ☐ Preliminary Hearing         ☐ Pretrial Conference
☐ Sentencing                 ☐ Change of Plea
☐ In-Court Hearing: _____
☒ Arraignment   ☒ Reading waived   ☐ Read to Defendant   ☒ Not Guilty Plea Entered
  2 min.

☐ Complaint ☒ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 5 ☒ Forfeiture
☒ Felony    ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn   ☐ Examined re: financial status   ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Release ordered           ☐ Bond fixed at: $ _____   ☐ Continued on present bond/conditions
☐ Oral Motion for temp. det.; granted  ☒ Detention ordered   ☒ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☒ Oral Motion by Government for detention is  ☒ granted.  ☐ denied.  ☐ withdrawn.  ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted. ☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☐ as directed before Judge _____
                              ☒ per the Scheduling Order of Judge Melgren
                              ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
                              for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____